# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JUSTIN SAVOY

VERSUS

DR. RANDY LAVESPERE, DR.
DANIEL CROOK, STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO. 2024 CW 0856

**NOVEMBER 20, 2024**

---

In Re:    Justin Savoy, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23359.

---

**BEFORE:    GUIDRY, C.J., THERIOT, CHUTZ, WOLFE AND HESTER, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The
district court's June 27, 2024 appellate pauper order is vacated.
Once the district court granted relator an appeal and set a return
date, it no longer had jurisdiction to issue a subsequent pauper
order. La. Code Civ. P. art. 2088; see **Mason v. Hedrick**, 2019-113
(La. App. 3d Cir. 4/17/19), 268 So.3d 1074. This matter is
remanded with instructions that the district court proceed with
lodging the appellate record with this court pursuant to the
district court's order granting the appeal. To the extent
plaintiff, Justin Savoy, seeks review of the merits in this matter,
which this court has previously ruled should be taken up on appeal,
the writ application is denied.

                          JMG
                          WRC
                          CHH

       **Theriot and Wolfe, JJ.** dissent and would deny the writ
application. Relator should have first sought review with the
district court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT